JOSEPH KUROSKI et al., Respondents, v. TRENTON-OCEAN-NEVADA CORP. et al., Defendants, and SHORE HOLDING CORP. et al., Appellants.

Ughetta, Acting P. J., Christ, Rabin, Benjamin and Munder, JJ., concur.

## (May 24, 1967)

In the Matter of ROBERT J. HAAS, Attorney, Respondent. SUFFOLK COUNTY BAR ASSOCIATION, Petitioner.

Beldock, P. J., Ughetta, Christ, Brennan and Rabin, JJ., concur.

## (May 29, 1967)

LOUISE AULETTA et al., Respondents, v. CITY OF NEW YORK et al., Defendants, and GERALD SCHWARTZ, Appellant.

Beldock, P. J., Christ, Brennan, Rabin and Hopkins, JJ., concur.

MOLLIE E. FISCHER et al., Appellants, v. FREDERICK C. JOHNSON, Respondent.

Christ, Acting P. J., Rabin, Hopkins, Benjamin and Munder, JJ., concur.